# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: | **ORDER** |
| Carlton H. Schoumaker, | BKY 12-45341-KHS |
| Debtor. | |

This case is before the court on the motion of Thein Well Company, Inc., seeking relief from the stay of actions imposed by 11 U.S.C. §362.   Based  on the motion and the file,

IT IS ORDERED:  Thein Well Company, Inc., ~~its assignees and/or successors in interest,~~ is granted relief from the stay of actions imposed by 11 U.S.C. §362 and may pursue its rights and remedies with respect to the mechanic's lien as defined in the motion, and take all actions necessarily appurtenant thereto, including the commencement of an action in State Court for the foreclosure of that lien.

Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

Dated:  November 8, 2012

/e/ Kathleen H. Sanberg
_____
Kathleen H. Sanberg
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **11/08/2012**
Lori Vosejpka, Clerk, by LH