UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Carlton Schoumaker

Debtor.

Case No. 12-45341
Chapter 7

**RESPONSE TO MOTION
OBJECTING TO EXEMPT PROPERTY**

TO:  ERIC AHLGREN, BANKRUPTCY TRUSTEE, AND OTHER PARTIES IN INTEREST.

1. The debtor by his attorney, offers this response to the Motion Objecting to Exempt Property.

2. The petition commencing this chapter 7 case was filed on September 17, 2012, and the case is pending in this court.

3. The debtor is engaged in farming and owns farm land and farm equipment; he has regularly raised crops and intends to do so in the future.

WHEREFORE, the debtor, by his attorney, respectfully requests that debtor's Chapter 7 proceed as filed.

Dated: 11-20-12

KALENDA LAW OFFICE

By: /s/ Robert L. Kalenda
Robert L. Kalenda
Attorney for Debtor
919 West St. Germain, Suite 2000
St. Cloud, MN 56301
(320) 255-8840
MN Registration #53260

UNSWORN CERTIFICATE OF SERVICE

    I, Theresa Loch-Thoele, declare under penalty of perjury that on November 20, 2012, I mailed copies of the foregoing Response to Motion Objecting to Exempt Property by first class mail postage prepaid to each entity named below at the address stated below for each entity:

Interested Parties on the Attached Service List

Executed on: 11-20-12                    Signed: _____
                                                       Theresa Loch-Thoele
                                                       KALENDA LAW OFFICE
                                                       919 West St. Germain, Suite 2000
                                                       St. Cloud, MN 56301

CARLTON H SCHOUMAKER
26890 62 ST NE
BELGRADE MN 56312


BEST BUY RETAIL SERVICES
PO BOX 5238
CAROL STREAM IL 60197-5238


CAPITAL ONE
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON AZ 85712


CAPITAL ONE
PO BOX 60599
CITY OF INDUSTRY CA 91716-0599


CENTRAL MN CREDIT UNION
201 MINNIE ST
PAYNESVILLE MN 56302


ORCHARD BANK
C/O HSBC CARD SERVICES
PO BOX 4155
CAROL STREAM IL 60197-4155


REGAL ELEVATOR INC
14365 293RD AVE NE
BELGRADE MN 56312


RINKE NOONAN
JAMES WIANT
PO BOX 1497
ST CLOUD MN 56302-1497


ROYLENE CHAMPEAUX
ASSISTANT US ATTRONEY
600 US COURTHOUSE 300 S 4 ST
MINNEAPOLIS MN 55415

TARGET
PO BOX 660170
DALLAS TX 75266-0170



THEIN WELL
PO BOX 778
SPICER MN 56288



UNITED MINNESOTA BANK
PO BOX 289
NEW LONDON MN 56273



WFNNB/THE SPORTSMAN GUIDE
PO BOX 659569
SAN ANTONIO TX 7826-9569

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**CARLTON H SCHOUMAKER**

**SIGNATURE DECLARATION**

Debtor(s). Case No. **12-45341**

_____PETITION, SCHEDULES & STATEMENTS

_____CHAPTER 13 PLAN

_____SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

_____AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____MODIFIED CHAPTER 13 PLAN

\_\_✓\_\_OTHER (Please describe: **RESPONSE TO OBJECTION** )

I **CARLTON H SCHOUMAKER**, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: *11-20-2012*

X *[signature]*
Signature of Debtor or Authorized Representative

**CARLTON H SCHOUMAKER**
Printed Name of Debtor or Authorized Representative

Form ERS 1 (Rev. 10/03)