# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Carlton H. Schoumaker                                              Bky. Case No. 12-45341
                                                                   Chapter 7

    Debtor.
_____

## WITHDRAWAL
_____

TO:  The debtor and other entities specified in Local Rule 9013-3

Erik A. Ahlgren, the Trustee of the above referenced case, hereby withdraws his motion objecting to exempt property Docket Number 19.

Dated: January 16, 2013                          Signed: /e/ Erik A. Ahlgren

                                                                       Erik A. Ahlgren
                                                                       Bankruptcy Trustee
                                                                       220 W. Washington Av, Suite 105
                                                                       Fergus Falls, MN 56537
                                                                       218-998-2775

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Carlton H. Schoumaker                                          Bky. Case No. 12-45341
                                                               Chapter 7

       Debtor.

**UNSWORN CERTIFICATE OF SERVICE**

     I, Lisa Ahlgren, declare under penalty of perjury that on January 16, 2013, the following parties were served electronically via CM/ECF

       Office of the United States Trustee, ustpregion12.mn.ecf@usdoj.gov
       Robert Kalenda

And by Mail to:

Carlton H. Schoumaker
26890  62 St.  NE
Belgrade  MN  56312


Executed on: January 16, 2013

                                   Signed:  /e/ Lisa Ahlgren
                                          Lisa Ahlgren
                                          220 W. Washington Ave, Ste 105
                                          Fergus Falls MN  56537