UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Carlton H. Schoumaker,

          Debtor.                                 BKY 12-45341
----------------------------------

Erik A. Ahlgren, Trustee,                               ADV 13-4274

          Plaintiff,

v.                                                                                      **JUDGMENT**

Carlton H. Schoumaker,

          Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. Carlton H. Schoumaker shall pay to Erik A. Ahlgren, trustee, $19,395.00 plus costs of $293.00, for a total of $19,688.00.

2. Carlton H. Schoumaker shall turn over the farm equipment listed on Exhibit A to the complaint filed in this proceeding to the trustee within seven days of the date hereof.

Dated: November 5, 2013                               Lori A. Vosejpka
At:        Minneapolis, Minnesota             Clerk of Bankruptcy Court

                                                      /e/ Lynn M. Hennen
                                        By:
                                                        Lynn M. Hennen
                                                        Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *11/05/2013*
Lori Vosejpka, Clerk, by LMH